

 **Frank Harris**
16 hrs

Hello!!! Good citizens. I would like to share something with you this day. A while back, I was conversing with some of my white brothers that claimed to be christians(?) we was talking about race prejudices, religion, politics and many other things. Now! There are many who might be upset with the president for allowing refugees in our country. Hell! I say to these people. "Stop being afraid" they say: let the past be the past. We all know that everything the white man got, he stole!!! They say we should forgive and forget. I say! Hell Nall! Their ancestors has brought sham to their off spring by kidnapping, tape, murder and amung other unconstitutional things against human dignity. The young white generation need to understand one of many things. "Their ancestors has never been kidnapped, rape, murder or taken from their original state of being. They want to talk against moosilums and any other religious groups that they feel is unjust. Their ancestors has more blood on their hands than any other religion. Don't get me wrong. I am not up for any mistreatmen of any human life. Let me ask you something young white America. How many of you, your friends or family had somebody fight in the civil war for the south? How do you feel about being descendants of such a people that bought human being and deprived them of their human rights."but" at the same time yal want to condeem anybody who threaten your Wat of life."Damn" young white people, since yal want it to be the past. This is what I would like to see. I want to see one million white people, March their forgiving as see up to the white house and tell their



PLAINTIFF'S EXHIBIT
B

•○○○○ Verizon LTE        6:40 PM         * 92%

< 🔍 Search

and any other religious groups that they feel is unjust. Their ancestors has more blood on their hands than any other religion. Don't get me wrong. I am not up for any mistreatmen of any human life. Let me ask you something young white America. How many of you, your friends or family had somebody fight in the civil war for the south? How do you feel about being descendants of such a people that bought human being and deprived them of their human rights."but" at the same time yal want to condeem anybody who threaten your Wat of life."Damn" young white people, since yal want it to be the past. This is what I would like to see. I want to see one million white people, March their forgiving as see up to the white house and tell their government to give the ancestors of past slaves "reparation"and then maybe my people won't be so adgile. You see young white America, it's not yal fault. Bullshit!!!! Y'all educated. Y'all know...... So now what! And for those of you who may feel that this is some form of hate."KMA" I see how y'all study is. Don't just tolerate me.understand......luv your neighbor.

👍 Like          💬 Comment          ➤ Share

3 people like this.


**Lynda Miller**
I guess o wi
3 hours ago · Like · Reply


**Charles Miller**
You wrong Frank. It happened to us first in Egypt IF
you believe in the bible!