# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 30, 2020

Clerk - Middle District of Georgia
U.S. District Court
201 W BROAD AVE
ALBANY, GA 31701

Appeal Number: 19-11634-HH
Case Style: Frank Harris v. Kevin Sproul
District Court Docket No: 1:17-cv-00082-LAG

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-11634-HH

_____

FRANK JAMES HARRIS,

                                         Plaintiff - Appellee -
                                         Cross Appellant,

versus

KEVIN SPROUL,

                                         Defendant - Appellant -
                                         Cross Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant-Cross Appellee Kevin Sproul and Appellee-Cross Appellant Frank James Harris's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective March 30, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Christopher Bergquist, HH, Deputy Clerk

                                                           FOR THE COURT - BY DIRECTION