# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| FRANK JAMES HARRIS, : | |
|     Plaintiff, : | |
| v. : | Case No. 1:17-CV-82 (LAG) |
| KEVIN SPROUL, : | |
|     Defendant. : | |

## ORDER

On March 26 and 27, 2020, the Parties advised the Eleventh Circuit that they settled their dispute, moved for dismissal of their appeal and cross-appeal, and indicated that they would be filing a stipulation of dismissal in this Court. (Appellee-Cross Appellant's Notice of Settlement and Appellant-Cross Appellee's Motion for Voluntary Dismissal, *Sproul v. Harris*, No. 19-11634 (11th Cir. Mar. 30, 2020)). The appeal and cross-appeal were dismissed on March 30. (Doc. 24.) Accordingly, the Court **DIRECTS** the Clerk of Court to administratively close this case to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to either dismiss or move to reopen this case by **Monday, May 11, 2020**.

**SO ORDERED**, this 10th day of April, 2020.

    /s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**